UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                                    Bankr. Case No. 10-15495-RTB-13

THOMAS BRADLEY WALKER & JACQUELINE JAY WALKER                           Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

        By /s/ James Hogan, Jr._____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 21, 2010 :

JOSEPH W. CHARLES
PO BOX 1737
GLENDALE, AZ 85311-1737

EDWARD J. MANEY
P.O. BOX 10434
PHOENIX, AZ 85064-0434

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx21205 / 572525